# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

James Vernon Green,

    Plaintiff,                 :      Case No. 2:22-cv-681

  -vs-                           Judge Sarah D. Morrison
                                 Magistrate Judge Stephanie Bowman

Sergeant Hines, *et al.*,
                            :

    Defendants.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued the Magistrate Judge on May 26, 2022. (ECF No. 4). In that filing, the Magistrate Judge recommended that Plaintiff James Vernon Green's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 4) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint in its entirety.

    **IT IS SO ORDERED.**

                                          /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**